IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR213 |
| v. | ) | |
| | ) | |
| APRIL PICARD, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 41 from the public docket sheet and file it as a sealed pleading.

DATED December 6, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge