```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APRIL PICARD, ) <br> ) <br> Defendant. ) <br> ) | 8:05CR213 <br><br> ORDER |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 41 from the public docket sheet and file it as a sealed pleading.

DATED December 6, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge